UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DASH MARKETS, INC., | Case No. 1:25-CV-00355 |
| Plaintiff, | Judge John L. Sinatra, Jr. |
| v. | Magistrate Judge Leslie G. Foschio |
| UNITED STATES OF AMERICA, |  |
| Defendant. |  |

**DEFENDANT UNITED STATES' MOTION FOR A STAY OF CASE IN LIGHT OF LAPSE OF APPROPRIATIONS**

The Defendant United States of America hereby moves for a stay of the entire case in the above-captioned case, including the deadline on October 3, 2025, for the United States to file a response to Plaintiff's motion for leave to file a "reply" to the United States' answer.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed.

2. Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the United States therefore requests a stay of the entire case, including the deadline on October 3, 2025, for the United States to file a response to Plaintiff's motion for leave to file a "reply" to the United States' answer, until Congress has restored appropriations to the Department of Justice.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as

1

soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., deadlines, including the United States' deadline to file a response, would be extended by the total number of days of the lapse in appropriations.

5.      Due to the lapse in funding and the need to make these motions immediately in numerous cases, the United States has not sought the concurrence of opposing counsel.

6.      Therefore, although we greatly regret any disruption caused to the Court and the opposing party, the United States hereby moves for a stay of the entire case, including the deadline on October 3, 2025, for the United States to file a response to Plaintiff's motion, until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

UNITED STATES OF AMERICA,
Defendant

*/s/ Sarah Stoner*
SARAH STONER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55
Washington, D.C.  20044
202-514-1170 (v) / 202-514-5238 (f)
Sarah.Stoner@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on October 1, 2025, a copy of foregoing document was filed electronically and will be served on all parties by operation of the Court's CM/ECF system. No additional service is required.

<u>/s/ Sarah Stoner</u>
SARAH STONER
Trial Attorney, Tax Division
U.S. Department of Justice