UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DASH MARKETS, INC.,                                                                     **DECISION
                                                                                                      and**
                                                        Plaintiff,                          **ORDER**

    v.
                                                                                              **25-CV-355-JLS-LGF**

UNITED STATES OF AMERICA,

                                                        Defendant.

_____

APPEARANCES:         LIPPES MATHIAS, LLP
                                              Attorneys for Plaintiff
                                              RANDALL P. ANDREOZZI, of Counsel
                                              9145 Main Street
                                              Clarence, New York   14031

                                              PAMELA BONDI
                                              ATTORNEY GENERAL
                                              Attorney for Defendant
                                              SARAH M. STONER,
                                              Trial Attorney, Tax Division, of Counsel
                                              U. S. Department of Justice
                                              PO Box 55
                                              Ben Franklin Station
                                              Washington, DC 20044

In this action requesting Defendant remit $3 million in Employee Retention

Credits, by papers filed October 1, 2025, Defendant requests further proceedings in the

case be stayed, pending the restoration of funding for the Department of Justice

("DOJ"), pursuant to the Anti-Deficiency Act, 31 U.S.C. §§ 1341, 1342 which Defendant

maintains prohibits further work on the case until such funding is restored.  (Dkt. 16).

Plaintiff opposes Defendant's request (Dkt. 20) arguing that contrary to Defendant's

assertion, that the Internal Revenue Service ("IRS") has not determined Plaintiff is

entitled to such credits, the IRS has in fact so determined and that Defendant's failure to

remit the payment of the claimed credit to Plaintiff will cause Plaintiff to be severely financially harmed.

Courts have inherent power to grant a stay of proceedings. *Landis v. North American Co.*, 299 U.S. 248, 249 (1936). Requests for a stay of proceedings are subject to the sound discretion of the court. *See Collazos v. United States*, 368 F.3d 190, 201 (2d Cir. 2004) (citing *Europcar Italia, S.p.A. v. Maiellano Tours, Inc.*, 156 F.3d 310, 316-17 (2d Cir. 1998) (recognizing district courts have broad discretion to stay proceedings)). In this case, regardless of whether the DOJ is, as Defendant asserts, prohibited by the Anti-Deficiency Act from working during the current lapse of Congressional funding on this case, the court is disinclined to subject Defendant's counsel to the risk of violating the Act. Nor does the court find Plaintiff's alleged financial plight to constitute a potential emergency exception to the Act.

## CONCLUSION

Based on the foregoing, Defendant's request (Dkt. 16) for a stay of the instant case, including the October 3, 2025 deadline for Defendant's response to Plaintiff's motion for leave to file a response to Plaintiff's request (Dkt. 12) for permission to file a reply to Defendant's Answer, is GRANTED.

SO ORDERED.

/s/ *Leslie G. Foschio*

_____
LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE

Dates:  October 21, 2025
        Buffalo, New York